TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00121-CV







Dan Morales, Attorney General of Texas, Appellant



v.



Texas Public Finance Authority, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT


NO. 94-10714, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING








PER CURIAM


 Appellant Dan Morales, Attorney General of Texas, and appellee Texas Public
Finance Authority have filed an agreed motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Agreed Motion

Filed: June 21, 1995

Do Not Publish